UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


David Emile Jutras

    v.                                      Civil No. 09-cv-151-PB

Dorothy E. Graham


**ORDER LIMITING REMOTE ELECTRONIC AND PUBLIC ACCESS**

Addendum #1 to the Complaint which was filed on 4/30/09 by David Emile Jutras in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet or in the Clerk's Office may result in personal or financial harm to the person whose personal information is contained in Addendum #1. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic or public access in the Clerk's Office to Addendum #1, the clerk shall limit remote and public access.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: May 7, 2009


cc:      David Emile Jutras, pro se