UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>David E. Jutras</u>

        v.                                       Case No. 09-cv-151-PB

<u>Dorothy Graham</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 8, 2009.

    SO ORDERED.


June 19, 2009                                       /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge


cc:    David E. Jutras, Pro se